■
## COM.
v.
### JONES, H.
**695 WDA 2016**

Superior Court of Pennsylvania.

03/28/2017

CP–26–CR–0001582–2014 (Fayette)

Remanded Jurisdiction Retained

■
## COM.
v.
### KNIGHT, J.
**1008 WDA 2016**

Superior Court of Pennsylvania.

03/28/2017

CP-25-CR-0000181-2012 (Erie)

Affirmed

■
## COM.
v.
### PARKER, J.
**2144 EDA 2015**

Superior Court of Pennsylvania.

03/29/2017

CP–46–CR–0003077–2008 (Montgomery)

Affirmed

■
## COM.
v.
### DAVIS, K.
**2544 EDA 2015**

Superior Court of Pennsylvania.

03/29/2017

CP–51–CR–0003742–2008 (Philadelphia)

Affirmed

■
## COM.
v.
### HALL, R.
**3351 EDA 2015**

Superior Court of Pennsylvania.

03/29/2017

CP–51–CR–0007247–2013 (Philadelphia)

Affirmed—Application to Withdraw as Counsel Granted

■
## COM.
v.
### WILLIAMS, A.
**19 EDA 2016**

Superior Court of Pennsylvania.

03/29/2017

CP–51–CR–0013745–2014 (Philadelphia)

Affirmed